Emalcom RODRIQUEZ, a Minor By and Through his Mother and Natural Guardian, Madeline RODRIQUEZ, Petitioner,

v.

SCG MORTGAGE CORPORATION, Suncoast Savings and Loan, Bankunited FSB and Barnett Bank, Safeguard Properties, Inc. and Joseph and Kim Majka, Respondents,

Emalcom Rodriquez, a Minor By and Through his Mother and Natural Guardian, Madeline Rodriquez, Petitioner,

v.

Safeguard Properties, Inc., Joseph and Kim Majka, City of Philadelphia and the Department of Transportation of the Commonwealth of Pennsylvania, Respondents.

.

Supreme Court of Pennsylvania.

June 22, 2004.

### *ORDER*

PER CURIAM.

AND NOW, this 22nd day of June, 2004, the Petition for Allowance of Appeal is hereby GRANTED, and the order of the Commonwealth Court is VACATED. *See Walker v. Eleby,* 577 Pa. 104, 842 A.2d 389 (2004). The matter is REMANDED for consideration of the City of Philadelphia's

alternative claimed basis for summary judgment.